450 A.2d 1044

Hamilton v. Hamilton, Appellant.

Argued February 17, 1982. Arthur L. Jenkins, for appellant; Joan B. Stuart, for appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order dated March 16, 1981 is affirmed.

---

451 A.2d 1044

Hostler, Appellants, v. Wm. Penn. School Dist. et al.
Reargument Denied Nov. 10, 1982.

Argued December 1, 1980. Michael J. Pepe, Jr., for appellant; William C. Beatty, for Wm. Penn, appellee; Andrew J. Forbes, for Carson, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment affirmed.